IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | CASE NO. 4:18CR147 |
| BARRON ROBERTSON,<br>Defendant | * | |

## ORDER GRANTING MOTION FOR LEAVE OF ABSENCE

The Court, having considered counsel for Defendant's Motion for Leave of Absence in the above-referenced case, for the stated period of August 26, 2019, through September 3, 2019 and October 14, 20019 through October 22, 2019, for the purpose of personal vacation, does hereby **GRANT** said Motion for Leave of Absence.

SO ORDERED, this 29th day of August 2019.

Magistrate Judge, Christopher L. Ray
United States District Court
Southern District of Georgia
Savannah Division

Prepared by:
Samuel G. Oliver
Attorney for Defendant
Georgia Bar No. 552590
200 Walton Street
Post Office Box 495
Darien, GA 31305
(912) 437-4000
(912) 437-2171 Fax

1