# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * CASE NO. 4:18CR147 |
| v. | * |
| | * |
| BARRON ROBERTSON, | * |
| Defendant. | * |

## ORDER GRANTING MOTION FOR LEAVE OF ABSENCE

The Court, having considered counsel for Defendant's Motion for Leave of Absence in the above-referenced case, for the stated period of November 26, 2019, through December 9, 2019, for the purpose of personal vacation, does hereby **GRANT** said Motion for Leave of Absence.

SO ORDERED, this 8th day of November, 2019.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia